**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Christina Hope Smith**

        **Plaintiff,**

**CASE NUMBER: 17-12056**
**HONORABLE VICTORIA A. ROBERTS**
**MAGISTRATE JUDGE WHALEN**

v.

**Commissioner of Social Security,**

        **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 16, 2018, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 24], recommending that Plaintiff's Motion for Summary Judgment [Doc. 18] be GRANTED, Defendant's Motion for Summary Judgment [Doc. 22] be DENIED and this matter be remanded for further proceedings. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's motion is GRANTED and Defendant's motion is DENIED. This matter is remanded to the administrative level for further proceedigns.

**IT IS ORDERED**.

                                        s/ Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: August 7, 2018

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 7, 2018.

S/Linda Vertriest
Deputy Clerk