**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Christina Smith,**

        **Plaintiff,**          **CASE NUMBER: 17-12056**
                              **HONORABLE VICTORIA A. ROBERTS**
**v.**                                 **MAGISTRATE JUDGE WHALEN**

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR ATTORNEY FEES

On February 10, 2021, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 33], recommending that Plaintiff's Motion for Attorney Fees be **GRANTED**. Defendant filed objections [ECF 35] but later withdrew them [ECF 36]. Since neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation.

Plaintiff's motion is **GRANTED**.

**ORDERED**.

                                                  s/ Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: March 29, 2021